# Notice Recipients

District/Off: 0970−2  User: admin  Date Created: 09/26/2023
Case: 2:23−bk−03936−BKM  Form ID: 318  Total: 23

**Recipients of Notice of Electronic Filing:**
aty      THOMAS ADAMS MCAVITY      documents@phxfreshstart.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     DAISY M GONZALES     15774 W VENTURA ST     SURPRISE, AZ 85379
tr     JILL H. FORD     PO BOX 5845     CAREFREE, AZ 85377
smg     AZ DEPARTMENT OF REVENUE     BANKRUPTCY & LITIGATION     1600 W. MONROE, 7TH FL.     PHOENIX, AZ 85007−2650
16992657     Affirm, Inc.     Attn: Bankruptcy     650 California St, Fl 12     San Francisco CA 94108
16992658     AmeriCredit/GM Financial     Attn: Bankruptcy     Po Box 183853     Arlington TX 76096
16992659     Barclays Bank Delaware     Attn: Bankruptcy     Po Box 8801     Wilmington DE 19899
16992660     Chase Auto Finance     Attn: Bankruptcy     Po Box 901076     Fort Worth TX 76101
16992661     Chase Card Services     Attn: Bankruptcy     P.O. 15298     Wilmington DE 19850
16992662     Citibank     Citicorp Cr Srvs/Centralized Bankruptcy     Po Box 790040     St Louis MO 63179
16992663     Conn's HomePlus     2445 Technology Forest Boulevard     Building 4, Suite 800     The Woodlands TX 77381
16992664     Credit Union West     Attn: Bankruptcy     Po Box 7600     Glendale AZ 85312
16992665     Discover Financial     Attn: Bankruptcy     Po Box 3025     New Albany OH 43054
16992666     First Credit Union     Attn: Bankruptcy     Po Box 820     Chandler AZ 85244
16992667     Hughes Federal Credit Union     Attn: Bankruptcy     Po Box 11900     Tucson AZ 85734
16992668     LendingUSA     Attn: Bankruptcy     15303 Ventura Blvd, Ste 850     Sherman Oaks CA 91403
16992669     NASA Federal Credit Union     Attn: Bankruptcy     500 Prince Georges Blvd     Upper Marlboro MD 20774
16992670     Nebraska Furniture Mart     Attn: Collections     Po Box 2335     Omaha NE 68103
16992671     Sallie Mae, Inc     Attn: Bankruptcy     Po Box 9500     Wilkes Barre PA 18773
16992672     Synchrony Bank/Care Credit     Attn: Bankruptcy Dept     Po Box 965064     Orlando FL 32896
16992673     Synchrony/PayPal Credit     Attn: Bankruptcy     Po Box 965060     Orlando FL 32896
16992674     Toyota Financial Services     Attn: Bankruptcy     Po Box 259001     Plano TX 75025
16992675     Westlake Portfolio Management, LLC     Attn: Bankruptcy     Po Box 76809     Los Angeles CA 90054

TOTAL: 22